**Motion Granted; Appeal Dismissed and Memorandum Opinion filed September 1, 2022.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-22-00016-CV

---

### UNION PACIFIC RAILROAD COMPANY, Appellant

### V.

### RUTH ANN ADAMS-TAYLOR, ET AL, Appellees

---

**On Appeal from the 269th District Court
Harris County, Texas
Trial Court Cause No. 2020-83850**

---

## MEMORANDUM OPINION

This is an appeal from an order signed April 7, 2021. On August 23, 2022, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Zimmerer.